IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA DeBIASE and JEFF DeBIASE, | |
| Plaintiffs | NO. 06-CV-1278 |
| v. | CIVIL ACTION-LAW |
| HERSHEYPARK and HERSHEY ENTERTAINMENT & RESORTS CO. (HERCO, INC), | (JUDGE JONES) |
| Defendants. | CERTIFICATION OF CONCURRENCE |

On April 9, 2007, Keith J. Roberts, Esq., counsel for plaintiffs Patricia DeBiase and Jeff DeBiase, sought and obtained the concurrence of counsel to defendant with reference to the motion of Keith J. Roberts, Esq., to be relieved as counsel to plaintiffs Patricia DeBiase and Jeff DeBiase. Defendants do not oppose the motion of counsel to withdraw from the litigation on behalf of plaintiffs.

                                              MAGGIANO, DiGIROLAMO
                                              LIZZI & ROBERTS, P.C.

                                By: s/KEITH J. ROBERTS, ESQ.
                                    Attorney ID No. (NJ) KRO 0547
                                    Maggiano, DiGirolamo
                                    Lizzi & Roberts, PC
                                    201 Columbia Avenue
                                    Fort Lee, New Jersey 07024
                                    (201) 585-9111

                                    Attorneys for Plaintiffs

DATED: April 10, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was served via electronic mail upon the following:

Susan Metcalfe, Esq.
McNees, Wallace & Nurick
100 Pine Street
Harrisburg, PA  17108